**STATE of Missouri, Respondent,**

v.

**Thomas JOHNSON, Appellant.**

**No. WD 50371.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1995.

Cyril M. Hendricks, Jefferson City, for appellant.

Robert R. Sterner, Pros. Atty., Mark Tracy, Asst. Pros. Atty., Callaway County, Fulton, for respondent.

Before FENNER, C.J., P.J., and
KENNEDY and ELLIS, JJ.

**670**

## ORDER

PER CURIAM.

Appeal from conviction of assault in the third degree, pursuant to § 565.070.1(1), RSMo 1994.

Judgment affirmed.   Rule 30.25(b).